# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED MARCH 14, 2025

---

### NO. 03-24-00493-CV

---

**Elise K. Rosenboom, Appellant**

**v.**

**Bank of America, N.A., Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment signed by the trial court on July 16, 2024. Having reviewed the record, the Court holds that Elise K. Rosenboom has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.